Opinion issued February 29, 2024



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00062-CV

_____

**LYFT, INC. D/B/A LYFT DRIVES, TEXAS INC., Appellant**

**V.**

**JOHN RICHARDSON, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-53051**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Hightower.